Eric Stephenson #9779
Stephenson Law Firm PLLC
Attorney for Plaintiffs
299 South Main Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: (844) 529-2112
Facsimile: (801) 906-5799
Email: Eric@Utahjustice.com

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| Alexis Reid and Taylor Reid,<br><br>    Plaintiffs,<br><br>vs.<br><br>LVNV Funding LLC; Constantino Law Office P.C.; and Gregory Constantino,<br><br>    Defendants. | PLAINTIFFS' ACCEPTANCE OF DEFENDANT LVNV FUNDING LLC'S RULE 68 OFFER OF JUDGMENT<br><br>Case Number: 2:14-cv-00471-DAK<br><br>Judge: Dale A. Kimball |
|---|---|

PLEASE TAKE NOTICE that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs accept Defendant LVNV Funding LLC's Rule 68 Offer of Judgment (attached and incorporated herein as Exhibit 1) against Defendant LVNV Funding LLC.

Plaintiffs and Plaintiffs' undersigned counsel hereby also give Notice of Intent to claim an award of attorney's fees and costs pursuant to the Rule 68 Offer of Judgment, the statutory authority of 28 U.S.C. §§ 1920 and 1924, and the Federal Rules of Civil Procedure.

DATED March 3, 2015.

/s/ Eric Stephenson
Attorney for Plaintiffs

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 3, 2015 a true and correct copy of the foregoing PLAINTIFFS' ACCEPTANCE OF DEFENDANT LVNV FUNDING LLC'S RULE 68 OFFER OF JUDGMENT was served on counsel for LVNV Funding LLC by email and was also filed through the Court's CM/ECF system which sends notice to all counsel of record.

/s/ Eric Stephenson