**Subject:** Activity in Case 2:14-cv-00471-DAK Reid et al v. LVNV Funding et al Complaint
**From:** utd_enotice@utd.uscourts.gov
**Date:** 6/26/2014 2:44 PM
**To:** ecf_notice@utd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801) 524-6851.**

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

US District Court Electronic Case Filing System

District of Utah

## Notice of Electronic Filing

The following transaction was entered by Stephenson, Eric on 6/26/2014 at 2:44 PM MDT and filed on 6/26/2014

| | |
|---|---|
| **Case Name:** | Reid et al v. LVNV Funding et al |
| **Case Number:** | 2:14-cv-00471-DAK |
| **Filer:** | Alexis Reid |
| **Document Number:** | 2 |

**Docket Text:**
**COMPLAINT against All Defendants (Filing fee $ 400, receipt number 1088-2076565), filed by Alexis Reid. (Attachments: # (1) Civil Cover Sheet Civil Cover Sheet) Assigned to Judge Dale A. Kimball (Stephenson, Eric)**


**2:14-cv-00471-DAK Notice has been electronically mailed to:**

Eric Stephenson     eric@utahjustice.com, amy@johnheathlaw.com, eric@helicongrp.com, val@johnheathlaw.com

**2:14-cv-00471-DAK Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=6/26/2014] [FileNumber=2842111-0
] [687d7789eb11467b1d887a72fb55be2709828c1c50df4ac7547ea4dba6431771cee
a262f49159caf2f0d69b639bf36f8c0778d523220b7008aaf347f329f3947]]
**Document description:** Civil Cover Sheet Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=6/26/2014] [FileNumber=2842111-1
] [9152d583ff47b9a645c0339a354ac0ea055a35aa9da68ac23d8ba0f3a7ad64f4574
7c622af65bdafe813a90ecc5f311a6b27634149c47a5684c834165e308e6b]]



# INVOICE

Wasatch Constables
2590 WASHINGTON BLVD STE 300
OGDEN UT 84401-3141

Our Job No.: 1408061

Your Reference No.:

Date: 7/18/2014

Lexington Law Firm
PO Box 1173
Salt Lake City, Utah 84110

**Payments Received**

| | |
|---|---|
| **Case No.:** | 2:14-CV-00471 |
| **Case:** | *Alexis Reid and Taylor Reid*<br>Plaintiff/Petitioner<br>*vs*<br>*LVNV Funding LLC, Constantino Law Office, PC and Gregory Constantino*<br>Defendant/Respondent |
| **Target:** | **Constantino Law Office** |
| **Docs Served** | Summons in a Civil Action, Complaint |

County: Salt Lake
Court: United States Dist Court, Northern Division

Date Served: 7/17/2014
Place Served: 8537 South Redwood Rd Ste D, West Jordan, Ut 84088

## Itemized Listing

| | Fee | Amount |
|---|---:|---:|
| Standard Service Fee | $38.00 | $38.00 |
| **Total Service Fees:** | | **$38.00** |

**Balance Due =  $38.00**

**Remarks:**

Please write the job number(s) you intend to pay on your check
We appreciate you choosing Wasatch Constables to serve your documents

# INVOICE



Wasatch Constables
2590 WASHINGTON BLVD STE 300
OGDEN UT 84401-3141

Our Job No.: 1408063

Your Reference No.:

Date: 7/21/2014

Lexington Law Firm
PO Box 1173
Salt Lake City, Utah 84110

**Payments Received**

---

**Case No.:** 2:14-CV-00471

**Case:** *Alexis Reid and Taylor Reid*
Plaintiff/Petitioner
vs
*LVNV Funding LLC, Constantino Law Office, PC and Gregory Constantino*
Defendant/Respondent

County: Salt Lake
Court: United States Dist Court, Northern Division

**Target:** **Gregory Constantino**

**Docs Served:** Summons in a Civil Action, Complaint

Date Served: 7/21/2014
Place Served: 8537 South Redwood Rd Ste D, West Jordan, Ut 84088

## Itemized Listing

| | Fee | Amount |
|---|---|---|
| Additional Person For Service | $15.00 | $15.00 |
| **Total Service Fees:** | | **$15.00** |

**Balance Due =  $15.00**

**Remarks:**

Please write the job number(s) you intend to pay on your check
We appreciate you choosing Wasatch Constables to serve your documents



# INVOICE

Wasatch Constables
2590 WASHINGTON BLVD STE 300
OGDEN UT 84401-3141

Our Job No.: 1435511
Your Reference No.:
Date: 4/03/2015

Eric Stephenson
360 North Cutler Drive
North Salt Lake, Utah 84054

**Payments Received**
04/03/2015    na    $97.00

**Case No.:** 2:14-CV-00471

**Case:** *Alexis Reid and Taylor Reid*
Plaintiff/Petitioner
*vs*
*LVNV Funding LLC, Constantino Law Office, PC and Gregory Constantino*
Defendant/Respondent

County: Salt Lake
Court: United States Dist Court, Northern Division

**Target:** Cio Hunt

**Docs Served:** Subpoena to Testify at a Deposition in a Civil Action,, Witness Fee

Date Served: 4/3/2015
Place Served: 4467 Silent Rain Dr, South Jordan, ut 84095

## Itemized Listing

| | Fee | Amount |
|---|---|---|
| Rush Service Add Surcharge if Necessary | $97.00 | $97.00 |
| Witness Fee | $64.15 | $64.15 |
| **Total Service Fees:** | | **$161.15** |

**Remarks:**

Please write the job number(s) you intend to pay on your check
We appreciate you choosing Wasatch Constables to serve your documents

PD 5/20/15


**DEPOMAXMERIT**
LITIGATION SERVICES
800-337-6629  801-328-1188

Eric Stephenson
Stephenson Law Firm
299 S. Main, #1300
SLC, UT  84111

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 171000 | 4/16/2015 | 102126 |
| Job Date | Case No. | |
| 4/9/2015 | 2:14-CV-00471-DAK | |
| Case Name | | |
| Reid v. LVNV Funding, LLC | | |
| Payment Terms | | |
| Due upon receipt | | |

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Alexis Reid     105.10
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Taylor Reid     61.00

**TOTAL DUE >>>**     **$166.10**

We accept Visa, Mastercard, Discover and American Express.

Payment not received within 30 days of date billed will result in an additional charge of 1.5% per month.

**Tax ID:** 87-0623280     Phone: 844-529-2112   Fax:

*Please detach bottom portion and return with payment.*

Eric Stephenson
Stephenson Law Firm
299 S. Main, #1300
SLC, UT  84111

Invoice No. : 171000
Invoice Date : 4/16/2015
**Total Due** : **$ 166.10**

Remit To: **DepomaxMerit Litigation Services**
         **333 S. Rio Grande**
         **Salt Lake City, UT  84101**

Job No. : 102126
BU ID : DM
Case No. : 2:14-CV-00471-DAK
Case Name : Reid v. LVNV Funding, LLC

pd 5/20/15


**depomaxMerit**
LITIGATION SERVICES
800-337-6629  801-328-1188

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 171163 | 4/24/2015 | 102092 |
| Job Date | Case No. | |
| 4/10/2015 | 2:14-CV-00471-DAK | |
| Case Name | | |
| Reid v. LVNV Funding, LLC | | |
| Payment Terms | | |
| Due upon receipt | | |

Eric Stephenson
Stephenson Law Firm
299 S. Main, #1300
SLC, UT  84111

---

**ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:**
  **Gregory M. Constantino**                                                                                                1,036.64

                                                                       **TOTAL DUE >>>**        **$1,036.64**

We accept Visa, Mastercard, Discover and American Express.

Payment not received within 30 days of date billed will result in an additional charge of 1.5% per month.

                                                    (-) Payments/Credits:              0.00
                                                    (+) Finance Charges/Debits:        0.00
                                                    (=) New Balance:              $1,036.64

---

**Tax ID:** 87-0623280                                                                         Phone: 844-529-2112   Fax:

*Please detach bottom portion and return with payment.*

---

Eric Stephenson
Stephenson Law Firm
299 S. Main, #1300
SLC, UT  84111

Invoice No.  : 171163
Invoice Date : 4/24/2015
**Total Due**   : **$ 1,036.64**

Remit To: **DepomaxMerit Litigation Services**
         **333 S. Rio Grande**
         **Salt Lake City, UT  84101**

Job No.    : 102092
BU ID      : DM
Case No.   : 2:14-CV-00471-DAK
Case Name  : Reid v. LVNV Funding, LLC

pd 5/20/15



800-337-6629  801-328-1188

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 171476 | 5/11/2015 | 102252 |
| **Job Date** | **Case No.** | |
| 4/22/2015 | 2:14-CV-00471-DAK | |
| **Case Name** | | |
| Reid v. LVNV Funding, LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Eric Stephenson
Stephenson Law Firm
299 S. Main, #1300
SLC, UT  84111

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Cio Hunt                                                          643.60

                                              **TOTAL DUE >>>      $643.60**

We accept Visa, Mastercard, Discover and American Express.

Payment not received within 30 days of date billed will result in an additional charge of 1.5% per month.

---

**Tax ID:** 87-0623280                                    Phone: 844-529-2112   Fax:

*Please detach bottom portion and return with payment.*

Eric Stephenson
Stephenson Law Firm
299 S. Main, #1300
SLC, UT  84111

Invoice No.   : 171476
Invoice Date  : 5/11/2015
**Total Due**     : $ 643.60

Remit To: **DepomaxMerit Litigation Services**
          **333 S. Rio Grande**
          **Salt Lake City, UT  84101**

Job No.    : 102252
BU ID      : DM
Case No.   : 2:14-CV-00471-DAK
Case Name  : Reid v. LVNV Funding, LLC

# INVOICE

Date: June 12, 2015
**INVOICE # 15010**

Utah Court Reporting &
Transcription LLC
P.O. Box 522308
Salt Lake City UT 84152
385-202-4432
utahcourtreporting@gmail.com

TO  STEPHENSON LAW FIRM PLLC
299 South Main Street, Suite 1300
Salt Lake City UT 84111
Office: (844) 529-2112 | Fax: (801) 906-5799

| TRANSCRIPTIONIST | PAYMENT TERMS | DUE DATE |
|---|---|---|
| Jessica Taylor / Kellie Peterson | Net 30 | 7/12/2015 |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Redacted for Privilege | | |
| 52 | Call Recording Transcript #1 (Reid v Constantino Law) | 2.47 | 128.44 |
| | | SUBTOTAL | 180.31 |
| | | TOTAL | 180.31 |

Make check payable to
"Utah Court Reporting and Transcription."
Thank you for your business!
www.UtahCRT.com