Eric Stephenson #9779
Stephenson Law Firm PLLC
Attorney for Plaintiffs
299 South Main Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: (844) 529-2112
Facsimile: (801) 906-5799
Email: Eric@Utahjustice.com

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| Alexis Reid and Taylor Reid,<br><br>    Plaintiffs,<br><br>vs.<br><br>LVNV Funding LLC; Constantino Law Office P.C.; and Gregory Constantino,<br><br>    Defendants. | **MOTION TO REFER CASE TO ADR FOR MEDIATION**<br><br><br>Case Number: 2:14-cv-00471-DAK<br><br>Judge: Dale A. Kimball |

The Plaintiffs, by and through their counsel Eric Stephenson, hereby request this Court to refer the above-captioned matter to the court-annexed Alternative Dispute Resolution Program for Mediation to occur within the next 30 days, pursuant to DUCivR 16-2 and the Court's ADR Plan.

DATED March 10, 2016.

/s/ Eric Stephenson
Attorney for Plaintiffs

1

CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2016 a true and correct copy of the foregoing MOTION TO REFER CASE TO ADR FOR MEDIATION was filed through the Court's CM/ECF system which sent notice to counsel of record.

<u>/s/ Eric Stephenson</u>
Attorney for Plaintiffs