# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| **ALEXIS REID et al.**<br><br>    Plaintiffs,<br><br>v.<br><br>**LVNV FUNDING et al.,**<br><br>    Defendants. | **SETTLEMENT CONFERENCE REPORT**<br><br>**Case No. 2:14-cv-00471-DAK**<br><br>**District Judge Dale Kimball** |

District Judge Dale Kimball referred this case to Magistrate Judge Paul M. Warner for a settlement conference pursuant to DUCivR 16-3.[1] The conference was held on May 10, 2016. Plaintiffs Alexis and Taylor Reid attended the conference with plaintiffs' counsel, Eric Stephenson. Defendant Gregory Constantino attended as an individual defendant and on behalf of defendant Constantino Law Office P.C. Defendants' counsel, Gregory Sanders, and an insurance representative also attended.

After conferencing, the parties entered into a settlement agreement resolving all causes of action in the matter, but reserving the issue of attorney's fees. The parties agreed to a process for attempting to settle the fees issue without further court involvement. If the parties are unable to settle the attorney's fees issue within 60 days, the parties will file a fees motion for determination

---

[1] Docket no 71.

by the court. In the event the parties settle the remaining issue, the parties will notify the court and move for dismissal as appropriate.

DATED this 11th day of May, 2016.

BY THE COURT:

_____
PAUL M. WARNER
United States Magistrate Judge